Opinion issued January 14, 2020



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-19-00554-CV

————————————————

**JOHN DOE AND JANE DOE, INDIVIDUALLY AND AS NEXT FRIENDS OF CHILD POE 1 AND CHILD POE 2, Appellants**

**V.**

**ARROW CHILD & FAMILY MINISTRIES, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-17709**

---

## MEMORANDUM OPINION

Appellants, John Doe and Jane Doe, individually and as next friends of Child Poe 1 and Child Poe 2, have filed an unopposed motion to dismiss the appeal, representing that the parties have reached a settlement of the matter. We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.